# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael J. Raffe and Lauren Signer,** husband and wife
    Plaintiffs
  vs.                **CASE NUMBER: 5:08-CR-211 (NPM/GHL)**

**American National Red Cross; American Red Cross of Tompkins County; and Jennifer Yarbrough,** Executive Director of American Red Cross of Tompkins County
    Defendants

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is GRANTED as to the following claims: plaintiff's claim of age discrimination under New York Human Rights Law section 296, plaintiff's claims for "benefits or wage supplements" under New York Labor Law section 198-c and plaintiff's claim for overtime pay under the Federal Labor Standards Act. Plaintiff's claims under New York Human Rights Law section 296, New York Labor Law section 198-c and the Federal Labor Standards are DISMISSED. Plaintiff Lauren Signer was terminated on 11/30/2011.

Further is is ordered that the Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e) is GRANTED, therefore the Memorandum-Decision & Order dated 11/30/2011 is amended to reflect that defendants' motion for Summary Judgment regarding plaintiff's claims against them pursuant to New York Labor Law sections 191 and 195 is GRANTED, disposing of this action in its entirety. Judgment is entered in favor of the defendants' and this action is closed.

All of the above pursuant to the orders of the Honorable Judge Neal P. McCurn, dated 11/30/2011 and 1/17/12.

DATED: January 18, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk